**FILED**
JUL 2 6 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBAMA FOR AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DEMSTORE.COM and WASHINGTON PROMOTIONS & PRINTING, INC.,<br><br>Defendants. | Civil Action No. 1:12-cv-00889 EGS<br><br>Jury Trial Demanded |

## STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL

Plaintiff Obama for America ("OFA"), and Defendants Demstore.com and Washington Promotions & Printing, Inc. ("Defendants"), wishing to avoid the expense, uncertainty, inconvenience, and other burdens of litigating the above-entitled action, have entered into an agreement settling their dispute and hereby stipulate to the entry of this Stipulated Permanent Injunction and Order of Dismissal, the latter pursuant to Fed. R. Civ. P. 41(a)(2).

According to their settlement agreement, OFA and Defendants stipulate that:

1. The Court has jurisdiction over the parties and the subject matter at issue in this action.

2. The term "Rising Sun Trademarks" refers to the 2008 Rising Sun Trademark and the 2012 Rising Sun Trademark, depicted below:

 

3. The Rising Sun Trademarks are valid and distinctive, and are owned by OFA.

4. OFA brought claims pursuant to 15 U.S.C. §§ 1114 & 1125(a) and common law trademark infringement, alleging that Defendants were engaging in the unauthorized offering and sale of merchandise bearing the Rising Sun Trademarks.

5. On July 9, 2012, after full briefing and a hearing on OFA's application for preliminary injunction, the Court enjoined Defendants from using the 2008 Rising Sun Trademark or any other mark that is confusingly similar to the 2008 Rising Sun Trademark, among other things. The Court found that OFA was likely to succeed on the merits of its trademark infringement claims, that OFA would be irreparably harmed if an injunction did not issue, that the balance of the equities favored issuing an injunction, and that the public interest favored issuing an injunction. The Court also ordered the parties to file supplemental briefing regarding the ownership of the 2012 Rising Sun Trademark.

6. Entry of a permanent injunction will achieve the purposes of the Lanham Act and federal common law related to trademark infringement.

7. **Permanent Injunction**. Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

   a. Using either or both of the Rising Sun Trademarks, or any other logos or trademarks that are confusingly similar to the Rising Sun Trademarks, for retail purposes or otherwise;

    b. Engaging in any course of conduct with respect to either or both of the Rising Sun Trademarks that is likely to mislead the public into believing that Defendants are affiliated with or otherwise connected to OFA;

    c. Engaging in any course of conduct with respect to either or both of the Rising Sun Trademarks that is likely to mislead the public into believing that the products marketed and/or offered for sale by Defendants are licensed, sponsored, authorized, or otherwise approved by OFA; or

    d. Engaging in any other activity constituting infringement of or unfair competition with either or both of the Rising Sun Trademarks

8. **Future Claims Unaffected.** Nothing in this Stipulated Permanent Injunction and Order of Dismissal precludes OFA or Defendants from asserting any claims or rights that arise solely after entry of this Stipulated Permanent Injunction and Order of Dismissal or that are based upon any breach of, or the inaccuracy of, any representation or warranty made by OFA or Defendants in this Stipulated Permanent Injunction and Order of Dismissal or the settlement agreement reached by the Parties.

9. **Non-Appealability.** This Stipulated Permanent Injunction and Order of Dismissal is final and may not be appealed by either party.

10. **Fed. R. Civ. P. 65.** This Stipulated Permanent Injunction applies to and binds all parties who are in active concert or participation with Defendants as provided in Fed. R. Civ. P. 65(d). Defendants waive any objection under Fed. R. Civ. P. 65.

11. **Survival.** This Stipulated Permanent Injunction and Order of Dismissal shall bind Defendants and their corporate affiliates, successors, assignees, officers, directors, employees, agents, servants, representatives, and shareholders.

12. **Waiver of Appeal**: OFA and Defendants waive any right to appeal the entry of this Stipulated Permanent Injunction.

13. **Dismissal.** OFA's claims against Defendants, and Defendants counterclaims against OFA are hereby dismissed with prejudice and without costs to either Party, except the Court shall retain jurisdiction to enforce this Stipulated Permanent Injunction and Order of Dismissal and the settlement agreement between the Parties.

STIPULATED TO this 18th day of July 2012:

Respectfully submitted,

| | |
|---|---|
| MILLEN, WHITE, ZELANO & BRANIGAN<br>By: /s/ Michael S. Culver<br>Michael Steven Culver<br>Jeffrey Ronald Cohen<br>2200 Clarendon Blvd.<br>Suite 1400<br>Arlington, VA 22201<br>Telephone: (703) 243-6333<br>Facsimile: (703) 243-6410<br>Culver@MWZB.com<br><br>*Attorneys for Defendants Demstore.com and Washington Promotions & Printing, Inc.* | PERKINS COIE LLP<br>By: /s/ Barry J. Reingold<br>Barry J. Reingold<br>Elisabeth C. Frost (pro hac vice)<br>700 Thirteenth Street, N.W., Suite 600<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200 Facsimile: (202) 654-6211<br>BReingold@perkinscoie.com<br><br>William C. Rava (pro hac vice)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 339-9000<br>WRava@perkinscoie.com<br><br>Jeremy L. Buxbaum (pro hac vice)<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400<br>JBuxbaum@perkinscoie.com<br><br>*Attorneys for Plaintiff Obama for America* |

SO ORDERED this \_\_\_25Th\_\_\_ day of \_\_\_JULY\_\_\_, 20\_12\_.

_____
UNITED STATES DISTRICT COURT JUDGE